WIGHTMAN GLASS CORPORATION, Appellant, v. KATHERINE LOVE STEIN-FELD, Respondent.— Judgment affirmed, with costs.  All concur.

SAVERIO CIOCCA, Respondent, v. VINCENZO MARRONE, Appellant.— Judgment and order affirmed, with costs.  All concur.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. THE FIRST NATIONAL BANK OF THE THOUSAND ISLANDS, Respondent.— Judgment affirmed, with costs.   All concur, except Kruse, P. J., who dissents upon the ground that the power was a general power of sale for distribution and payment of debts and that the lien of the judgment is subject to the execution of the power as is provided in section 97 of the Real Property Law. (M'Cready v.. Metropolitan Life Ins. Co., 83 Hun, 526; affd., 148 N. Y. 761; Walter v. Tomkins, 71 App. Div. 21; Van Cott v. Van Cott, 167 id. 694.)

GEORGE P. HAWLEY, as Executor, etc., of FRANKLIN O. TODD, Deceased, Respondent, v. FRANK E. RANDOLPH, Appellant.— Order affirmed, with ten dollars costs and disbursements.  All concur.

GLENN E. HOSMER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concur.

HATTIE E. HOSMER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concur.

ELIZABETH M. REINHARD, Respondent, v. THE SIDNEY B. ROBY COMPANY and Another, Appellants.— Judgment affirmed, with costs.  All concur.

EVA BELL HARKINS, as Administratrix, etc., Respondent, v. SIZER FORGE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.

SCHUYLER R. INGHAM, Appellant, v. HERKIMER COUNTY LIGHT AND POWER COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs.

THEODORE H. WICKWIRE, JR., Respondent, v. GEORGE C. WARNER, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to Court of Appeals denied.

WALTER C. MAHON, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MICHAEL SCHMIDBAUER, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents.—,Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CHARLES E. GROAT, Respondent, v. GEORGE A. ADAMS, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to Court of Appeals denied.

HERBERT H. SISSON, as State Commissioner of Excise of the State of New York, Respondent, v. SAMUEL H. HERTZBERG, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ARTHUR L. VAN ETTEN and Another, Plaintiffs, v. CHARLES M. HIRSCH-FELDER and Others, Defendants.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to Court of Appeals denied.